MAE MANDULA, Respondent, *v.* KORROL MANUFACTURING Co., INC., Appellant, et al., Defendants.*

Supreme Court, Appellate Term, First Department, May 25, 1943.

*Nathan Cooper* for appellant.

*Emmet L. Holbrook* for respondent.

*Per Curiam.* The judgment is against the overwhelming weight of the credible evidence, oral as well as documentary. The defendant, therefore, is not only entitled to a reversal of the judgment but also to restitution of the sum of $293.23 which represents the judgment obtained by plaintiff in this action.†

* See, also, *Korrol Mfg. Co., Inc.,* v. *Mandula,* 180 Misc. 379.—[REP.
† See Civil Practice Act, § 587.—[REP.

Judgment, so far as appealed from, reversed, with thirty dollars costs, and judgment directed in favor of the defendant for $293.23, with costs.

SHIENTAG, ROSENMAN and McLAUGHLIN, JJ., concur.